Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−20241−aih**

**In re:**
    Sandra M. Mudgett
    9871 Dublin Drive
    North Royalton, OH 44133

**Social Security No.:**
    xxx−xx−6595

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Waldemar J Wojcik is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** April 21, 2011                  /s/ Arthur I. Harris
Form ohnb136                      United States Bankruptcy Judge